UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LANA BARTOSZKIEWICZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:04CV365 FRB |
| ) | |
| ADVANCED MEDICAL TESTING ) | |
| SYSTEMS, INC., d/b/a The Imaging Center, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the motion of Hartstein & Bleisch, P.C., by attorneys Barbara D. Bleisch and Lawrence F. Hartstein, to be removed as attorney of record [Doc. # 47] is **GRANTED**.

Dated this 10th day of May, 2005.

FREDERICK R. BUCKLES
UNITED STATES MAGISTRATE JUDGE